CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Gary V. Jenkins, pro se

PLAINTIFF

111 Thornton Drive

Address (No Post Office Boxes)

Jonesboro, GA 30236

City _____ State _____ Zip Code

Case: 1:24-cv-00324 JURY DEMAND
Assigned To : Nichols, Carl J.
Assign. Date : 2/2/2024
Description: Pro Se Gen. Civ. (F-DECK)

VS.

Donald Trump, et al

DEFENDANT

950 Pennsylvania Ave, NW, rm 2242

Address (No Post Office Boxes)

Washington DC 20530-0001

City _____ State _____ Zip Code

Jury Trial: [X] Yes   [ ] No

### COMPLAINT

On 4/19/2021 Blue Cross & Blue Shield of Rhode Island averred that it made payments

to the DEFENDANT(S) on listed dates. IAFF Local 850's obligation of fair

representat.ion would be satisfied so long as the procedure affords the ability to place

all relevant information before the union. Henrikson v. Town of E. Greenwich,

94 F. Supp. 3d 180, 184 (D.R.I. 2015). Treasonable acts have occurred.

CIVIL CHARGES: 29 U.S. Code § 178; 29 U.S. Code § 186; CRIMINAL CHARGES:

18 U.S. Code § 2 (b); 18a U.S. Code § 12; 18 U.S. Code § 152; 18 U.S. Code § 210;

18 U.S. Code § 601; 18 U.S. Code § 1035; 18 U.S. Code § 2384

Requested Relief: Under 29 U.S. Code § 186 - $15000.00; 7/1/2018 City of

East Providence personnel list; 7/1/2019 Rhode Island Hospital, PLAINTIFF records.

Signature _____ Gary V. Jenkins, pro se

Gary V. Jenkins, pro se

Name (if applicable, Prisoner ID No.)

111 Thornton Drive

Address/Facility Address

Jonesboro, GA 30236

City _____ State _____ Zip Code

RECEIVED

FEB - 2 2024

ET AL

1. JENKINS v Roger Williams Medical Center, 825 Chalkstone Ave., Providence, RI 02908 ----- C.A No.1:23-cv-02784, United States District Court, District of Columbia, Docketed on, 09/22/2023.

2. JENKINS v Providence VA medical Center, 830 Chalkstone Ave., Providence, RI 02908 ------ 1:23-cv-02783, United States District Court, District of Columbia, Docketed on, 09/22/2023.

3. JENKINS v Rhode Island Rhode Island Hospital, 593 eddy St., Providence, RI 02903 ----- 1:23-cv-02785, United States District Court, District of Columbia, Docketed on, 09/22/2023.

4. JENKINSv Brigham and Women's Hospital Boston, 75 Francis St., Boston, MA 02115 ----- 1:23-cv-02789, United States District Court, District of Columbia, Docketed on, 09/22/2023.

5. JENKINS v Providence Fire Department, 325 Washington St., Providence, RI 02903 -----1:23-cv-02899, United States District Court, District of

Columbia, Docketed on, 09/29/2023.

via BCBS, 500 EXCHZNGE ST, PROVIDENCE

RI 02903

6.JENKINS v Massachusetts South Coast Urgent

Care Center------1:23-cv-02790, United States

District Court, District of Columbia, Docketed on,

09/22/2023.

7.JENKINS v Dr. Peter Margolis -----1:23-cv-

02791, United States District Court, District of

Columbia, Docketed on, 09/22/2023.

8.JENKINS v Dr. Lorna Russell -----1:23-cv-

02792, United States District Court, District of

Columbia, Docketed on, 09/22/2023.

9.JENKINS v Dr. Lucas Thomas Bartone

-----1:23-cv-02793----→1:23-cv-02819, United

States District Court, District of Columbia,

Docketed on, 09/25/2023.

10.JENKINS v Dr. Tracy O'Leary-Tevyaw -----

1:23-cv-02820, United States District Court,

District of Columbia, Docketed on, 09/25/2023.

11.JENKINS vDr Keratin L. Charpentier -----

1:23-cv-02821, United States District Court,

District of Columbia, Docketed on, 09/25/2023.

12.JENKINS v Dr. BJ Drew Vi -----1:23-cv-02822,

United States District Court, District of Columbia,

Docketed on, 09/25/2023.

13.JENKINS v Dr. Rachael L. Caiati -----1:23-cv-

02818, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

14.JENKINS vDr. Rhonda Surette -----1:23-cv-

02816, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

15.JENKINS vDr. Gary K. Lundstrom -----1:23-

cv-02815, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

16.JENKINS vDr. David Quigley -----1:23-cv-

02837, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

17.JENKINS vDr. Laurie Harris -----1:23-cv-

02824, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

18.JENKINS vDr. Dennis L. Priolo -----1:23-cv-02833, United States District Court, District of Columbia, Docketed on, 09/25/2023.

19.JENKINS vDr. Jonathan Bell -----1:23-cv-02832, United States District Court, District of Columbia, Docketed on, 09/25/2023.

20.JENKINS vDr. Emily A. Daniell -----1:23-cv-02829, United States District Court, District of Columbia, Docketed on, 09/25/2023.

21.JENKINS vDr. Brad M. Ciano -----1:23-cv-02838, United States District Court, District of Columbia, Docketed on, 09/25/2023.

22.JENKINS vDr. Kimberly G Kralicky -----1:23-cv-02835, United States District Court, District of Columbia, Docketed on, 09/25/2023.

23.JENKINS v Dr. Granary Dabiri -----1:23-cv-02836, United States District Court, District of Columbia, Docketed on, 09/25/2023.

24.JENKINS v Dr. Thomas F. Bliss -----1:23-cv-02839, United States District Court, District of Columbia, Docketed on, 09/25/2023.

25. JENKINS v Dr. Elizabeth Matzkin -----1:23-cv-02830, United States District Court, District of Columbia, Docketed on, 09/25/2023.

26. JENKINS v Dr. Christopher Chiodo -----1:23-cv-02831, United States District Court, District of Columbia, Docketed on, 09/25/2023.

27. JENKINS v Dr. Anna Feleke -----1:23-cv-02834, United States District Court, District of Columbia, Docketed on, 09/25/2023.

28. JENKINS v Dr. Michael A. Reuter -----1:23-cv-02828, United States District Court, District of Columbia, Docketed on, 09/25/2023.

29. JENKINS v Dr. Jeremy Smith -----1:23-cv-02825, United States District Court, District of Columbia, Docketed on, 09/25/2023.

30. JENKINS v Dr. Alison A. Fischer -----1:23-cv-02827, United States District Court, District of Columbia, Docketed on, 09/25/2023.

31. JENKINS v Dr. Elizabeth R. Wassenaar -----1:23-cv-02823, United States District Court, District of Columbia, Docketed on, 09/25/2023.

32. JENKINS v Dr. Gautama Jindal -----1:23-cv-02724, United States District Court, District of Columbia, Docketed on, 09/25/2023.

33. JENKINS v Dr. Jamieson V. Cohn-----1:23-cv-02826, United States District Court, District of Columbia, Docketed on, 09/25/2023.

34. JENKINS v BCBSRI -----1:23-cv-02447, United States District Court, District of Columbia, Docketed on, 08/23/2023.

35. JENKINS v CVS, One CVS Drive, Woonsocket, RI 02895 -----1:23-cv-02448, United States District Court, District of Columbia, Docketed on, 08/23/2023.

36. Gary Jenkins v City of East Providence, etal., C.A. No.SU-2022-0130-A, Rhode Island State Supreme Court, Providence, RI.SHOW CAUSE, decided on papers entered on, 02/23/2023.

37. Gary Jenkins v City of East Providence Firefighters, et al., C.A. No. P C -2022-00890, Rhode Island State Superior Court, Providence, RI.DISMISSAL entered on 03/18/2022.

38. Gary Jenkins v BCBS of Rhode Island&

CVS,C.A.No.2 2 -36

60,USDC,DistrictofColu1nbia,DISMISSAL entered on

····NA······

39. Gary Jenkins v I.A.F.F. UNITED STATES

Edward A. Kelly, President, et al., C.A. No.l:22-cv-

03757, United States District Court, District of

Columbia, DISMISSAL entered on, 01/09/2023.

40. JENKINS v UNITED STATES, et al.,

  C.A.No.1:23-cv-00031-WES-LDA,United States

District Court, District of Rhode Island,

CLOSED, entered on, 01/24/2023.

41. JENKINS v UNITED STATES, et al.,

  C.A. No.23-5018, United States Court of Appeals

for the District of Columbia, Docketed on,

01/25/2023.

42.  The Miriam Hospital, North Main Imaging,et

al.,

1076 N. Main St., Providence, RI 02906, 401-274-

7888.

  ···CA No. -1:23-cv-03623.

43. Antonio Barajas, MD, et al.

247 Roosevelt Ave., Pawtucket, RI 02904

HIPPAA VIOLATION -Jacqueline Lopez

---CA No. -1:23-cv-03623

44. Michael Pensa, DC, et al.

2377 Pawtucket Ave. E., Providence, RI 02914

---CA No. -1:23-cv-03623

45. Jennifer Januario, MD, et al.

2377 Pawtucket Ave. E., Providence, RI 02914

---CA No. -1:23-cv-03623

46. The Miriam Hospital, et al.

164 Summit Ave., Providence, RI 02906

---CA No. -1:23-cv-03623

47. Jonathan S, Movson, MD, et al.

164 Summit Ave., Providence, RI 02906

Pager 401 350-0068

---CA No. -1:23-cv-03623

48. Thomas P Lang, MD, et al.

150 E. Mandamus St., Providence, RI 02906

---CA No. -1:23-cv-03623

49. Dr. Luis Osorio, et al.

450 Veterans Memorial Parkway building six E.

Providence, RI 02914; 401-435-5533

**---CA No. -1:23-cv-03623**

50. Joseph, V. Centofanti, MD, et al.

725 Reservoir Ave., Cranston, RI 02910

**---CA No. -1:23-cv-03623**

51. Open MRI of NE East Providence, et al.

1002 Waterman Ave. E., Providence, RI 02914;

401-431-5200

**---CA No. -1:23-cv-03623**

52. Med Solutions, et al.

Greg Allen MD, Chief Medical Officer,

MedSolutions, Inc.

500 Exchange Street, Providence, RI 02903

**---CA No. -1:23-cv-03623**

53. Dr. Stephen Estner, et al.

Fax number 401-275-0620

500 Exchange Street, Providence, RI 02903

**---CA No. -1:23-cv-03623**

54. William Buonanno, MD, et al.

35 Sockanossett Cross Road, Cranston, RI 02920

---CA No. -1:23-cv-03623

55. Richard M Renzi, MD, et al.

164 Summit Ave., Providence, RI 02906

---CA No. -1:23-cv-03623

56. PCP, Mark D Jacobs, MD, et al.

7 Smith Avenue Greenville, RI 02828

---CA No. -1:23-cv-03623

57. Author, W Noel MD, et al.

Pager 401-350-1403

500 Exchange Street, Providence, RI 02903

---CA No. -1:23-cv-03623

58. United States, Department of the Treasury

Internal Revenue Service, et al.

59. April 19, 2021, Blue Cross &Blue Shield of

Rhode Island, et al.

500 Exchange Street, Providence, RI 02903

60. October 10, 2023, Rhode Island Medical

Imaging, et al.

1 Randall Square, providence RI 02906

61. October 16, 2023, Blue Cross Blue Shield of

Rhode Island false medical record.

500 Exchange Street, Providence, RI 02903

62. **LIFESPAN, et al. ---CA No. -1:23-cv-03623.**

167 Point St, Providence, RI 02903

63. Lawrence Aubin, Senior, Chairman, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

64. Peter Capodilupo, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

65. Alan Litwin, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

66. Hanna Michael, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

67. Philip Kydd, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

68. Martha B. Mainiero, MD, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

69. Stephen Pare, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

70. Lawrence Sadwin, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

71. ShivanSubramaniam, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

72. Jane Williams, PhD, RN, et al.

167 Point St, Providence, RI 02903

---CA No. -1:23-cv-03623.

73. Emanuel Barrows, et al.

167 Point St, Providence, RI 02903

---CA No. -1:23-cv-03623.

74. Sarah T Dowling, JDLLM, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

75. Edward Feldstein, Esquire, et al.

167 Point St, Providence, RI 02903

---CA No. -1:23-cv-03623.

76. ZiyaGokasian, MD, et al.

167 Point St, Providence, RI 02903

---CA No. -1:23-cv-03623.

77. CVS, et al.

One CVS Drive, Woonsocket, RI 02895

---CA No. -1:23-cv-03623.

78. FORMER PRESEDENT OF THE UNITED

STATES, DONALD TRUMP

THE OFFICE OF THE FORMER PRESEDENT

OF THE UNITED STATES, DONALD TRUMP,

ET AL

950 Pennsylvania Ave. ,NW rm 2242

Washington, DC 20530-0001 ---CA No. -1:23-cv-

03625.

79. FORMER ATTORNEY GENERAL OF THE

UNITED STATES, WILLIAM BARR, ET AL

 950 Pennsylvania Ave. ,NW rm 2242

Washington, DC 20530-0001 ---CA No. -1:23-cv-

03622.

 80. THE PRESEDENT OF THE UNITED

STATES, JOE BIDEN

 THE OFFICE OF THE FORMER PRESEDENT

OF THE UNITED STATES, JOE BIDEN, ET AL

 950 Pennsylvania Ave., NW rm 2242

Washington, DC 20530-0001 ---CA No. -1:23-cv-

02664.

 81. DENNIS S. FARIAS;

C.A. NO.: PC-2022-04058

James S. D'Ambra, Esquire (#5064)

RICE DOLAN & KERSHAW

Attorneys for Defendant

Brent T. Wahl and

Falvey Linen Supply, Inc.

72 Pine Street, Suite 300

Providence, RI 02903

(401) 272-8800

(401) 421-7218 (fax)

jdambra@ricedolan.com

82. BRENT T. WAHL;

C.A. NO.: PC-2022-04058

James S. D'Ambra, Esquire (#5064)

RICE DOLAN & KERSHAW

Attorneys for Defendant

Brent T. Wahl and

Falvey Linen Supply, Inc.

72 Pine Street, Suite 300

Providence, RI 02903

(401) 272-8800

(401) 421-7218 (fax)

jdambra@ricedolan.com

83. FALVEY LINEN SUPPLY, INC.

C.A. NO.: PC-2022-04058

James S. D'Ambra, Esquire (#5064)

RICE DOLAN & KERSHAW

Attorneys for Defendant

Brent T. Wahl and

Falvey Linen Supply, Inc.

72 Pine Street, Suite 300

Providence, RI 02903

(401) 272-8800

(401) 421-7218 (fax)

jdambra@ricedolan.com


84. FORMER PRESEDENT OF THE UNITED

STATES, DONALD TRUMP

THE OFFICE OF THE FORMER PRESEDENT

OF THE UNITED STATES, DONALD TRUMP,

ET AL

950 Pennsylvania Ave. ,NW rm 2242

Washington, DC 20530-0001 ---CA No. -1:23-cv-

03624.

85. James S. D'Ambra, Esquire (#5064)

RICE DOLAN & KERSHAW

72 Pine Street, Suite 300

Providence, RI 02903

---C.A. NO:  PC-2022-04058


86. Stephen T. Fanning, Esquire(#3900)

305 South Main Street

Providence, RI 02903

---C.A. NO:  PC-2022-04058

SERVICE PENDING

1. JENKINS v Roger Williams Medical Center, 825 Chalkstone Ave., Providence, RI 02908 ------ C.A No.1:23-cv-02784, United States District Court, District of Columbia, Docketed on, 09/22/2023.

2.JENKINS v Providence VA medical Center, 830 Chalkstone Ave., Providence, RI 02908 ----- 1:23-cv-02783, United States District Court, District of Columbia, Docketed on, 09/22/2023.

3.JENKINS v Rhode Island Rhode Island Hospital, 593 eddy St., Providence, RI 02903 ----- 1:23-cv-02785, United States District Court, District of Columbia, Docketed on, 09/22/2023.

4.JENKINSv Brigham and Women's Hospital Boston, 75 Francis St., Boston, MA 02115 ----- 1:23-cv-02789, United States District Court, District of Columbia, Docketed on, 09/22/2023.

5.JENKINS v Providence Fire Department, 325 Washington St., Providence, RI 02903 -----1:23-cv-02899, United States District Court, District of

Columbia, Docketed on, 09/29/2023.

<u>via BCBS, 500 EXCHZNGE ST, PROVIDENCE</u>

<u>RI 02903</u>

6.JENKINS v Massachusetts South Coast Urgent

Care Center-----1:23-cv-02790, United States

District Court, District of Columbia, Docketed on,

09/22/2023.

7.JENKINS v Dr. Peter Margolis -----1:23-cv-

02791, United States District Court, District of

Columbia, Docketed on, 09/22/2023.

8.JENKINS v Dr. Lorna Russell -----1:23-cv-

02792, United States District Court, District of

Columbia, Docketed on, 09/22/2023.

9.JENKINS v Dr. Lucas Thomas Bartone

-----1:23-cv-02793---->1:23-cv-02819, United

States District Court, District of Columbia,

Docketed on, 09/25/2023.

10.JENKINS v Dr. Tracy O'Leary-Tevyaw -----

1:23-cv-02820, United States District Court,

District of Columbia, Docketed on, 09/25/2023.

11.JENKINS vDr Keratin L. Charpentier -----

1:23-cv-02821, United States District Court,

District of Columbia, Docketed on, 09/25/2023.

12.JENKINS v Dr. BJ Drew Vi -----1:23-cv-02822,

United States District Court, District of Columbia,

Docketed on, 09/25/2023.

13.JENKINS v Dr. Rachael L. Caiati -----1:23-cv-

02818, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

14.JENKINS vDr. Rhonda Surette -----1:23-cv-

02816, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

15.JENKINS vDr. Gary K. Lundstrom -----1:23-

cv-02815, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

16.JENKINS vDr. David Quigley -----1:23-cv-

02837, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

17.JENKINS vDr. Laurie Harris -----1:23-cv-

02824, United States District Court, District of

Columbia, Docketed on, 09/25/2023.

18. JENKINS vDr. Dennis L. Priolo -----1:23-cv-02833, United States District Court, District of Columbia, Docketed on, 09/25/2023.

19. JENKINS vDr. Jonathan Bell -----1:23-cv-02832, United States District Court, District of Columbia, Docketed on, 09/25/2023.

20. JENKINS vDr. Emily A. Daniell -----1:23-cv-02829, United States District Court, District of Columbia, Docketed on, 09/25/2023.

21. JENKINS vDr. Brad M. Ciano -----1:23-cv-02838, United States District Court, District of Columbia, Docketed on, 09/25/2023.

22. JENKINS vDr. Kimberly G Kralicky -----1:23-cv-02835, United States District Court, District of Columbia, Docketed on, 09/25/2023.

23. JENKINS v Dr. Granary Dabiri -----1:23-cv-02836, United States District Court, District of Columbia, Docketed on, 09/25/2023.

24. JENKINS v Dr. Thomas F. Bliss -----1:23-cv-02839, United States District Court, District of Columbia, Docketed on, 09/25/2023.

25.JENKINS v Dr. Elizabeth Matzkin -----1:23-cv-02830, United States District Court, District of Columbia, Docketed on, 09/25/2023.

26.JENKINS v Dr. Christopher Chiodo -----1:23-cv-02831, United States District Court, District of Columbia, Docketed on, 09/25/2023.

27.JENKINS v Dr. Anna Feleke -----1:23-cv-02834, United States District Court, District of Columbia, Docketed on, 09/25/2023.

28.JENKINS v Dr. Michael A. Reuter -----1:23-cv-02828, United States District Court, District of Columbia, Docketed on, 09/25/2023.

29.JENKINS v Dr. Jeremy Smith -----1:23-cv-02825, United States District Court, District of Columbia, Docketed on, 09/25/2023.

30.JENKINS v Dr. Alison A. Fischer -----1:23-cv-02827, United States District Court, District of Columbia, Docketed on, 09/25/2023.

31.JENKINS v Dr. Elizabeth R. Wassenaar -----1:23-cv-02823, United States District Court, District of Columbia, Docketed on, 09/25/2023.

32.JENKINS v Dr. Gautama Jindal -----1:23-cv-02724, United States District Court, District of Columbia, Docketed on, 09/25/2023.

33. JENKINS v Dr. Jamieson V. Cohn-----1:23-cv-02826, United States District Court, District of Columbia, Docketed on, 09/25/2023.

34. JENKINS v BCBSRI -----1:23-cv-02447, United States District Court, District of Columbia, Docketed on, 08/23/2023.

35.JENKINS v CVS, One CVS Drive, Woonsocket, RI 02895 -----1:23-cv-02448, United States District Court, District of Columbia, Docketed on, 08/23/2023.

36. Gary Jenkins v City of East Providence, etal., C.A. No.SU-2022-0130-A, Rhode Island State Supreme Court, Providence, RI.SHOW CAUSE, decided on papers entered on, 02/23/2023.

37. Gary Jenkins v City of East Providence Firefighters, et al., C.A. No. P C -2022-00890, Rhode Island State Superior Court, Providence, RI.DISMISSAL entered on 03/18/2022.

38. Gary Jenkins v BCBS of Rhode Island&

CVS,C.A.No.2 2 -36

60,USDC,DistrictofColu1nbia,DISMISSAL entered on

----NA------

39. Gary Jenkins v I.A.F.F. UNITED STATES

Edward A. Kelly, President, et al., C.A. No.1:22-cv-

03757, United States District Court, District of

Columbia, DISMISSAL entered on, 01/09/2023.

40. JENKINS v UNITED STATES, et al.,

 C.A.No.1:23-cv-00031-WES-LDA,United States

District Court, District of Rhode Island,

CLOSED, entered on, 01/24/2023.

41. JENKINS v UNITED STATES, et al.,

 C.A. No.23-5018, United States Court of Appeals

for the District of Columbia, Docketed on,

01/25/2023.

42. The Miriam Hospital, North Main Imaging,et

al.,

1076 N. Main St., Providence, RI 02906, 401-274-

7888.

 ---CA No. -1:23-cv-03623.

43. Antonio Barajas, MD, et al.

247 Roosevelt Ave., Pawtucket, RI 02904

HIPPAA VIOLATION -Jacqueline Lopez

----CA No. -1:23-cv-03623

44. Michael Pensa, DC, et al.

2377 Pawtucket Ave. E., Providence, RI 02914

----CA No. -1:23-cv-03623

45. Jennifer Januario, MD, et al.

2377 Pawtucket Ave. E., Providence, RI 02914

----CA No. -1:23-cv-03623

46. The Miriam Hospital, et al.

164 Summit Ave., Providence, RI 02906

----CA No. -1:23-cv-03623

47. Jonathan S, Movson, MD, et al.

164 Summit Ave., Providence, RI 02906

Pager 401 350-0068

----CA No. -1:23-cv-03623

48. Thomas P Lang, MD, et al.

150 E. Mandamus St., Providence, RI 02906

----CA No. -1:23-cv-03623

49. Dr. Luis Osorio, et al.

450 Veterans Memorial Parkway building six E.

Providence, RI 02914; 401-435-5533

 ---CA No. -1:23-cv-03623

50. Joseph, V. Centofanti, MD, et al.

725 Reservoir Ave., Cranston, RI 02910

---CA No. -1:23-cv-03623

51. Open MRI of NE East Providence, et al.

1002 Waterman Ave. E., Providence, RI 02914;

401-431-5200

 ---CA No. -1:23-cv-03623

52. Med Solutions, et al.

Greg Allen MD, Chief Medical Officer,

MedSolutions, Inc.

500 Exchange Street, Providence, RI 02903

 ---CA No. -1:23-cv-03623

53. Dr. Stephen Estner, et al.

Fax number 401-275-0620

500 Exchange Street, Providence, RI 02903

 ---CA No. -1:23-cv-03623

54. William Buonanno, MD, et al.

35 Sockanossett Cross Road, Cranston, RI 02920

····CA No. ·1:23·cv·03623

55. Richard M Renzi, MD, et al.

164 Summit Ave., Providence, RI 02906

····CA No. ·1:23·cv·03623

56. PCP, Mark D Jacobs, MD, et al.

7 Smith Avenue Greenville, RI 02828

····CA No. ·1:23·cv·03623

57. Author, W Noel MD, et al.

Pager 401·350·1403

500 Exchange Street, Providence, RI 02903

····CA No. ·1:23·cv·03623

58. United States, Department of the Treasury

Internal Revenue Service, et al.

59. April 19, 2021, Blue Cross &Blue Shield of

Rhode Island, et al.

500 Exchange Street, Providence, RI 02903

60. October 10, 2023, Rhode Island Medical

Imaging, et al.

1 Randall Square, providence RI 02906

61. October 16, 2023, Blue Cross Blue Shield of Rhode Island false medical record.

500 Exchange Street, Providence, RI 02903

62. **LIFESPAN, et al. ---CA No. -1:23-cv-03623.**

167 Point St, Providence, RI 02903

63. Lawrence Aubin, Senior, Chairman, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

64. Peter Capodilupo, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

65. Alan Litwin, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

66. Hanna Michael, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

67. Philip Kydd, et al.

167 Point St, Providence, RI 02903

**---CA No. -1:23-cv-03623.**

68. Martha B. Mainiero, MD, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

69. Stephen Pare, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

70. Lawrence Sadwin, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

71. ShivanSubramaniam, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

72. Jane Williams, PhD, RN, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

73. Emanuel Barrows, et al.

167 Point St, Providence, RI 02903

---CA No. -1:23-cv-03623.

74. Sarah T Dowling, JDLLM, et al.

167 Point St, Providence, RI 02903

----CA No. -1:23-cv-03623.

75. Edward Feldstein, Esquire, et al.

167 Point St, Providence, RI 02903

---CA No. -1:23-cv-03623.

76. ZiyaGokasian, MD, et al.

167 Point St, Providence, RI 02903

---CA No. -1:23-cv-03623.

77. CVS, et al.

One CVS Drive, Woonsocket, RI 02895

---CA No. -1:23-cv-03623.

78. FORMER PRESEDENT OF THE UNITED

STATES, DONALD TRUMP

THE OFFICE OF THE FORMER PRESEDENT

OF THE UNITED STATES, DONALD TRUMP,

ET AL

950 Pennsylvania Ave. ,NW rm 2242

Washington, DC 20530-0001 ---CA No. -1:23-cv-

03625.

79. FORMER ATTORNEY GENERAL OF THE

UNITED STATES, WILLIAM BARR, ET AL

950 Pennsylvania Ave. ,NW rm 2242

Washington, DC 20530-0001 ---CA No. -1:23-cv-

03622.

80. THE PRESEDENT OF THE UNITED

STATES, JOE BIDEN

THE OFFICE OF THE FORMER PRESEDENT

OF THE UNITED STATES, JOE BIDEN, ET AL

950 Pennsylvania Ave., NW rm 2242

Washington, DC 20530-0001 ---CA No. -1:23-cv-

02664.

81. DENNIS S. FARIAS;

C.A. NO.: PC-2022-04058

James S. D'Ambra, Esquire (#5064)

RICE DOLAN & KERSHAW

Attorneys for Defendant

Brent T. Wahl and

Falvey Linen Supply, Inc.

72 Pine Street, Suite 300

Providence, RI 02903

(401) 272-8800

(401) 421-7218 (fax)

jdambra@ricedolan.com

82. BRENT T. WAHL;

C.A. NO.: PC-2022-04058

James S. D'Ambra, Esquire (#5064)

RICE DOLAN & KERSHAW

Attorneys for Defendant

Brent T. Wahl and

Falvey Linen Supply, Inc.

72 Pine Street, Suite 300

Providence, RI 02903

(401) 272-8800

(401) 421-7218 (fax)

jdambra@ricedolan.com

83. FALVEY LINEN SUPPLY, INC.

C.A. NO.: PC-2022-04058

James S. D'Ambra, Esquire (#5064)

RICE DOLAN & KERSHAW

Attorneys for Defendant

Brent T. Wahl and

Falvey Linen Supply, Inc.

72 Pine Street, Suite 300

Providence, RI 02903

(401) 272-8800

(401) 421-7218 (fax)

jdambra@ricedolan.com

84. FORMER PRESEDENT OF THE UNITED

STATES, DONALD TRUMP

THE OFFICE OF THE FORMER PRESEDENT

OF THE UNITED STATES, DONALD TRUMP,

ET AL

950 Pennsylvania Ave. ,NW rm 2242

Washington, DC 20530-0001 ---CA No. -1:23-cv-

03624.

85. James S. D'Ambra, Esquire (#5064)

RICE DOLAN & KERSHAW

72 Pine Street, Suite 300

Providence, RI 02903

---C.A. NO:  PC-2022-04058


86. Stephen T. Fanning, Esquire(#3900)

305 South Main Street

Providence, RI 02903

---C.A. NO:  PC-2022-04058